In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Temporary Administrator of the Estate of and as Executor of EUGENE HIGGINS, Deceased. MARTIN J. DIETZ, Respondent, *v.* UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of EUGENE HIGGINS, Deceased, Appellant.

Argued June 4, 1952; decided July 15, 1952.

*John M. Harlan* and *Orwill V. W. Hawkins* for appellant.

*Kenneth W. Greenawalt, Hugo Kohlmann* and *John H. Barber* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.